IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> GARY ROSS, </br></br> Defendant. | 8:21CR52 </br></br> FINAL ORDER </br> OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 56). The Court has reviewed the record in this case and finds as follows:

1. On October 26, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 51), pursuant to 18 United States Code section 924(c)(1)(A)(i), 21 United States Code sections 841(a)(1), (b)(1)(D), and 853, and based upon defendant Gary Ross ("Ross") pleading guilty to Counts III and IV of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Ross forfeited any interest he had in $15,300 in U.S. currency seized on or about August 28, 2020, from 11235 Seward Plaza, Apartment 2422, Omaha, Nebraska, to the government.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 27, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on January 6, 2023 (Filing No. 55).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 56) is granted.
2. All right, title and interest in and to the $15,300 in U.S. currency, held by any person or entity are forever barred and foreclosed.
3. The $15,300 in U.S. currency is forfeited to the government.
4. The government is directed to dispose of the $15,300 in U.S. currency in accordance with law.

Dated this 13th day of January 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge