# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:21CR52** |
| vs. | |
| **GARY ROSS,** | **ORDER** |
| **Defendant.** | |

This matter is before the Court on the defendant's motion (Filing No. 64) requesting the Clerk of Court provide him with a copy of the docket sheet and plea agreement without payment of costs because he is indigent.

On October 20, 2022, the defendant withdrew his plea of not guilty to Counts III and IV of the Indictment pursuant to a Plea Agreement (Filing No. 47). (Filing No. 48). On January 13, 2023, the Court accepted the defendant's plea of guilty and the Plea Agreement, and sentenced Defendant to a term of imprisonment and supervised release. (Filing No. 58). The Court entered Judgment on January 18, 2023. (Filing No. 62). The defendant did not appeal. See Fed. R. App. P. 4(b)(1)(A) ("In a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after . . . the entry of either the judgment or the order being appealed").

Other than this motion for copies, the defendant has no motions or cases pending before this court. The defendant does not have the right to receive copies of documents without payment, and has made no showing as to why he needs these documents. Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 64) requesting free copies is denied.

Dated this 7th day of March, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge